# MEMORANDA OF CASES

NOT REPORTED IN FULL.

---

MILES COMMANDER *vs.* MARY HAHN.

First Judicial District.

[Argued January 5th—decided January 7th, 1898.]

ACTION to recover for services rendered as a broker in the sale of real estate, brought to the Court of Common Pleas in Hartford County and tried to the jury before *Case, J.;* verdict and judgment for the plaintiff and appeal by the defendant for alleged error of the court in denying her motion for a new trial for a verdict against evidence. *No error.*

*William F. Henney*, for the appellant (defendant).

*Sidney E. Clarke*, for the appellee (plaintiff).

BY THE COURT. The opinion in the case of *Chatfield v. Bunnell*, 69 Conn. 511, controls the decision in this case.

---

SAMUEL J. CONE *vs.* JAMES T. SEDGWICK ET AL.

First Judicial District.

[Argued May 4th—decided May 5th, 1898.]

SUIT to foreclose a mechanics lien and for damages, brought to the Court of Common Pleas in Litchfield County, where the plaintiff was nonsuited in a trial to the court, *Welch, J.* Shortly after the return day the defendant Sedgwick filed a

(746)

written motion asking that the plaintiff might be required to cite in one Beach as a co-defendant, for the reasons therein set forth, which motion, after a due hearing by the court, was granted. The plaintiff objected to the allowance of this motion and excepted to the ruling of the court thereon. After the judgment of nonsuit had been rendered the plaintiff filed two separate appeals to the Supreme Court of Errors: one from the ruling of the court upon the motion to cite in Beach as a co-defendant, and one from the refusal of the court to set aside the nonsuit.

In this court the appellees filed a plea in abatement and a motion to erase, in the first appeal, and a plea in abatement in the second, because the appeals were not taken to the term of court next to be held after they were filed. *Motion to erase granted, and plea in abatement sustained.* No opinion.

*George A. Hickox* and *Charles D. Burrill,* for the appellant (plaintiff).

*George M. Woodruff* and *Frederick M. Williams,* for the appellees (defendants).